UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT RICE, et al.<br><br>                    Plaintiffs,<br><br>     v.<br><br>COUNTY OF LASSEN, et al.,<br><br>                    Defendants. | Case No.: 2:20-cv-02427-TLN-KJN<br><br>**ORDER APPOINTING BRENT RICE AS GUARDIAN AD LITEM FOR MINOR CHILD A.R.** |

Good cause appearing and pursuant to Federal Rule of Civil Procedure 17(c), the Court GRANTS the parties' motion.  (ECF No. 2.)  Brent Rice is now appointed guardian *ad litem* of Minor A.R.

IT IS SO ORDERED.

DATED:  January 5, 2021

Troy L. Nunley
United States District Judge

1